# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. FIERRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CCA CALIFORNIA CITY, et. al,<br><br>    Defendants. | Case No.: 1:13-cv-00076 JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT AN AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff is a prisoner proceeding pro se with a civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  On January 16, 2013, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 2).  In his application, Plaintiff has indicated that he has received gifts or inheritances in the past 12 months, but has failed to indicate the amount he has received and expects to receive in the future as required by the form. (Doc. 2 at 1).

Additionally, Plaintiff has used the short form of the application and has therefore failed to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a)(2).

Accordingly, it is **HEREBY ORDERED** that:

1. Within thirty (21) days of the date of service of this order, Plaintiff shall either: (1) pay the $350.00 filing fee for this action; or (2) submit the attached application to proceed in forma pauperis,

1

competed and signed, along with a certified copy of his/her prison trust account statement for the six month period immediately preceding the filing of the complaint.

    2.    The Clerk of the Court is directed to send Plaintiff this district's application to proceed in forma pauperis.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated: **January 23, 2013**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE