UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. FIERRO,<br><br>          Plaintiff,<br><br>     v.<br><br>CCA CALIFORNIA CITY, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-00076 - JLT (PC)<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

Victor A. Fierro ("Plaintiff") seeks to proceed *pro se* and *in forma pauperis* with a civil action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On January 23, 2013, the Court reviewed Plaintiff's motion to proceed *in forma pauperis*, and determined the information provided by Plaintiff was insufficient to determine it satisfies the requirements of 28 U.S.C. § 1915(a). (Doc. 3). Therefore, the Court ordered Plaintiff to either (1) pay the $350 filing fee for the action, or (2) file an amended motion to proceed *in forma pauperis* with a certified copy of his prison trust account statement for the six-month period preceding the filing of his complaint. (Doc. 3 at 2). Although Plaintiff was warned that failure to comply with the order would result in a recommendation that the action be dismissed, he failed to respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have

inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within twenty-one days** of the date of service of this Order why the action should not be dismissed for his failure comply with the Court's order. In the alternative, within the same twenty-one day period, Plaintiff may pay the filing fee of $350.00 or file an amended motion to proceed *in forma pauperis*, as instructed in the Court's order dated January 23, 2013.

IT IS SO ORDERED.

Dated:   **February 22, 2013**            /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

2